**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Hubert Arvie
In Proper Person
1901 Knapp St.
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 29, 2023

**REHEARING ACTION: March 29, 2023**

**Docket Number: 22   00670-CA**

**HUBERT ARVIE**
**VERSUS**
**GEICO CASUALTY COMPANY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2021-3843**

**BEFORE JUDGES:**

    **Hon. D. Kent Savoie**
    **Hon. Van H. Kyzar**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing ("Motion to Summon Legal Successor of Deceased & Order Staying

Proceedings") filed by **Hubert Arvie** has this day been

    **DENIED.**

cc: James Huey Gibson, Counsel for the Appellee
    Anna M. Grand, Counsel for the Appellee
    Van Clifton Seneca, Counsel for the Appellee
    Angela Arvie, Counsel for the Appellant